FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ SEP 14 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEVEN SCHREIBER,

                Plaintiff,

-against-

EMIL FRIEDMAN, et al.,

                Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
15-CV-6861 (CBA) (JO)

**AMON, United States District Judge:**

The Court has received the papers submitted by Nelkin & Nelkin, P.C. ("N&N"), indicating that it is objecting to and appealing orders issued by Magistrate Judge Orenstein on August 30, 2018 and August 31, 2018. (D.E. # 570–72.) Having reviewed the submission, the Court is not clear what N&N is appealing, as it has indicated that they have "no objection" to the directives issued by Magistrate Judge Orenstein. (D.E. # 570 at 1, 9.) To the extent that N&N takes issue with the wording of the orders, it is more appropriate for it to seek relief by submitting a motion for reconsideration to Magistrate Judge Orenstein.

SO ORDERED.

Dated: September 14, 2018
       Brooklyn, New York

s/Carol Bagley Amon
_____
Carol Bagley Amon
United States District Judge